IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATTY M. WETHERELL,

        Plaintiff,

  v.

CAROLYN W. COLVIN,

        Defendant.

No. C 13-889 MMC

**ORDER DIRECTING PLAINTIFF TO INFORM COURT WHETHER SHE CONSENTS TO MAGISTRATE JUDGE FOR ALL PURPOSES**

    In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). On March 19, 2013, defendant filed her consent to proceed before a magistrate judge for all purposes.

    Accordingly, plaintiff is hereby DIRECTED to advise the Court, no later than April 12, 2013, as to whether she consents to have a magistrate judge conduct all further proceedings in the instant action. For plaintiff's convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

    **IT IS SO ORDERED.**

Dated: March 20, 2013

MAXINE M. CHESNEY
United States District Judge