IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY M. WETHERELL,<br><br>   Plaintiff,<br>   v.<br><br>CAROLYN W. COLVIN,<br><br>   Defendant. | No. C 13-889 MMC<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Before the Court is plaintiff's Application to Proceed In Forma Pauperis, filed March 22, 2013. This filing is plaintiff's second request to proceed in forma pauperis. The Court, by order filed March 11, 2013, granted plaintiff's first request to proceed in forma pauperis.

Accordingly, plaintiff's instant request is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: March 26, 2013

MAXINE M. CHESNEY
United States District Judge