**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   PATTY M. WETHERELL,                             No. C 13-889  MMC

10            Plaintiff,                            **ORDER DIRECTING DEFENDANT TO
                                                     SUBMIT CHAMBERS COPIES OF
        v.                                           DOCUMENT IN COMPLIANCE WITH
11  CAROLYN W. COLVIN,                               CIVIL LOCAL RULES AND THE
                                                     COURT'S STANDING ORDERS**
12            Defendant.
13  _____/

14        On March 26, 2013, defendant electronically filed a motion to dismiss.  Defendant

15  has violated the Civil Local Rules of this District and the Court's standing orders, however,

16  by failing "to provide for chambers a paper copy of each document that is electronically filed

17  . . . marked 'Chambers Copy'."  <u>See</u> Civil L.R. 5-1(e)(7); <u>see also</u> Standing Orders For Civil

18  Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

19        Defendant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the

20  Court's Standing Orders by immediately submitting a chambers copy of the above-

21  referenced document.  Defendant is hereby advised that if she fails in the future to comply

22  with the Court's standing orders to provide a chambers copy of each electronically-filed

23  document, the Court may impose sanctions, including, but not limited to, striking from the

24  record any electronically-filed document of which a chambers copy has not been timely

25  provided to the Court.

26        **IT IS SO ORDERED.**

27  Dated: April 3, 2013                      

28                                            MAXINE M. CHESNEY
                                             United States District Judge