IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATTY M. WETHERELL,                  No. C 13-0889 MMC

      Plaintiff,                         **ORDER SETTING BRIEFING SCHEDULE**

  v.

CAROLYN W. COLVIN,

      Defendant.
_____/

On March 26, 2013, defendant electronically filed a motion to dismiss. Defendant did not notice the motion for hearing, in violation of Civil Local Rule 7-2(a). See Civil L.R. 7-2(a) (providing, with exceptions not applicable here, motions must be noticed for hearing "not less than 35 days after service of the motion").

Accordingly, the Court sets the following briefing schedule:

1. No later than May 6, 2013, plaintiff shall file any opposition.

2. No later than May 13, 2013, defendant shall file any reply.

3. The hearing on the matter is May 24, 2013.

**IT IS SO ORDERED.**

Dated: April 17, 2013

                                                   MAXINE M. CHESNEY
                                                   United States District Judge