IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTY M. WETHERELL,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant._____/ | No. CV- 13-0889 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Defendant's motion to dismiss is hereby GRANTED, and the above-titled action is hereby DISMISSED.

Dated: May 7, 2013                                        Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk